```
              UNITED STATES DISTRICT COURT
                  DISTRICT OF MINNESOTA
                Civil No. 06-5140(DSD/JJG)
```

Willie Claudius Watt,

       Plaintiff,

v.                                                    **ORDER**

Minneapolis Minnesota,

       Defendant.

    This matter is before the court upon plaintiff's pro se objections to the report and recommendation of Magistrate Judge Jeanne J. Graham dated March 13, 2007.  In her report, the magistrate judge recommends that plaintiff's "Application to Proceed Without Prepayment of Fees" by denied and the action be summarily dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and Federal Rule of Civil Procedure 12(h)(3).

    The court reviews the report and recommendation of the magistrate judge de novo.  28 U.S.C. § 636(b)(1)(C); D. Minn. LR 72.2(b).  Under 28 U.S.C. § 1915(e)(2)(B)(ii), an *in forma pauperis* application will be denied and the action dismissed when plaintiff has filed a complaint that fails to state a claim upon which relief may be granted.  As the magistrate judge correctly reports, even with the most liberal construction, none of plaintiff's claims is actionable.  Plaintiff objects to the report and recommendation on several grounds but provides no apposite legal authority or argument to support his contentions.  The court finds that the

report and recommendation of the magistrate judge is well reasoned and correctly disposes of plaintiff's motion.  Therefore, the court adopts the report and recommendation of the magistrate judge [Doc. No. 10] in its entirety.

Accordingly, **IT IS HEREBY ORDERED** that plaintiff's "Application to Proceed Without Prepayment of Fees" [Doc. No. 2] is denied and this action is dismissed.

Dated:  April 13, 2007

s/David S. Doty
David S. Doty, Judge
United States District Court